**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No: 25-10151-JCM |
| | : | |
| Megean R. Joyce, | : | Chapter 7 |
| Debtor, | : | |
| _____ : | | Related to Docket No.: 10 |
| Megean R. Joyce, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondent, | : | |
| | : | |
| and | : | |
| | : | |
| Joseph B. Spero, Esquire, | : | |
| Chapter 7 Trustee. | : | |

**ORDER TO EXTEND DEADLINE REGARDING COMPLETION OF THE FILING OF**
**CHAPTER 7 PETITION, SCHEDULES AND PROOF OF INCOME**

**AND NOW** on this ____2nd____ day of _____April_____, 2025, upon consideration of Debtor's Motion to Extend Deadline Regarding Completion of the Filing of Chapter 7 Petition, Schedules and Proof of Income, it is hereby **ORDERED, ADJUDGED, AND DECREED** that said Motion is **GRANTED**. Debtor shall have until **April 17, 2025**, [14 days later] to file her Chapter 7 Schedules, Statement of Financial Affairs, Proof of Income, and all other information and forms required.

BY THE COURT,

_____ dak
John C Melaragno, Judge
United States Bankruptcy Court
SIGNED
4/2/25 8:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 25-10151-JCM

Megean R. Joyce                                                            Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                         User: auto                                         Page 1 of 1

Date Rcvd: Apr 02, 2025                  Form ID: pdf900                            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2025:**

**Recip ID               Recipient Name and Address**
db                  +  Megean R. Joyce, 2631 Cochran Street, Erie, PA 16508-1714

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2025                        Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2025 at the address(es) listed below:**

**Name**                          **Email Address**

Daniel P. Foster
                            on behalf of Debtor Megean R. Joyce dan@mrdebtbuster.com
                            katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Denise Carlon
                            on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com

Joseph B. Spero
                            sperofirm@sperolawoffice.com  jspero@ecf.axosfs.com;legalmom18@hotmail.com

Office of the United States Trustee
                            ustpregion03.pi.ecf@usdoj.gov

TOTAL: 4