# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 25-10151-JCM |
| | : | |
| Megean R Joyce | : | CHAPTER 7 |
| Debtor | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

January 19, 2025-March 20, 2025

**Next Payment Advice Expected (post-filing):**

April 3, 2025

M.S.                                        JOYCE, MEGEAN

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 25-10151-JCM |
| | : | |
| Megean R Joyce | : | CHAPTER 7 |
| Debtor | : | |
| | : | |

**VERIFICATION REGARDING PROOF OF INCOME**

I, Megean R Joyce, hereby state as follows:

1.) I am employed by Aerotek; therefore, I have provided the prior (6) six months pay advices.
2.) I receive Food Stamps in the amount of $506.00 per month.
3.) I live with my wife who has no income.
4.) I was required to file 2024 – 2023 tax returns; therefore, I have submitted the same to the Trustee.
5.) I have submitted to the Trustee proof of income from all sources I have in my possession.

    I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: <u>April 25, 2025</u>                                    <u>/s/ Megean R Joyce</u>
                                                                                      Debtor



# Payslip

Page: 1 of 2

| Employee Name | Payroll | Legal Entity |
|---|---|---|
| Megean Joyce | BW Yellow Mon-Sun Paid Friday | BPREX Closures, LLC |
| Employee ID | Salary Basis Name | Company Address |
| 33222662 | US Hourly | 3245 Kansas Road |
| Hire Date | Position | Evansville, IN 47725 |
| 05/28/2021 | Production Coordinator | US |
| Employee Address | | |
| 2631 Cochran St. | | |
| Erie, PA 16508 | | |
| US | | |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 01/06/2025 | 01/19/2025 | 01/24/2025 | 21.08 |

## Summary

| Description | Current | Calendar YTD |
|---|---|---|
| Gross Earnings | 1,443.77 | 3,708.72 |
| Imputed Earnings | 0.74 | 1.48 |
| Pretax Deductions | 290.81 | 598.04 |
| Employee Tax Deductions | 149.18 | 442.43 |
| Voluntary Deductions | 12.57 | 25.14 |
| Net Payment | 990.47 | 2,641.63 |

## Earnings

| Description | Current | Calendar YTD |
|---|---|---|
| Excess Group Life | 0.74 | 1.48 |
| Holiday | 0.00 | 1,096.16 |
| OT Premium | 140.08 | 276.47 |
| Overtime Straight | 280.15 | 552.93 |
| Regular Hours | 1,022.80 | 1,781.68 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Overtime Premium Hours | | | 13.29 | Hours | 21.0800 | 0.50 | 140.08 |
| Overtime Straight Hours | | | 13.29 | Hours | 21.0800 | 1.00 | 280.15 |
| Regular Hours | | | 48.52 | Hours | 21.0800 | 1.00 | 1,022.80 |

## Hours

| Description | Current | Calendar YTD |
|---|---|---|
| Berry Total Hours Worked | 0.00 | 162.75 |
| Holiday No OT Hours Worked | 0.00 | 52.00 |
| Overtime Premium Hours Hours Worked | 13.29 | 26.23 |
| Overtime Straight Hours Hours Worked | 13.29 | 26.23 |
| Regular Hours Hours Worked | 48.52 | 84.52 |
| Total Hours worked for WBF | 0.00 | 162.75 |

## Pretax Deductions

| Description | Current | Calendar YTD |
|---|---|---|
| 401K | 28.86 | 74.14 |
| Dental | 38.18 | 76.36 |
| Medical | 212.73 | 425.46 |
| Vision | 11.04 | 22.08 |



**Payslip**

Page: 2 of 2

| Tax Deductions | | |
|---|---|---|
| Description | Current | Calendar YTD |
| Social Security Employee Withheld | 73.27 | 197.46 |
| Medicare Employee Withheld | 17.14 | 46.18 |
| FIT Withheld | 0.00 | 41.93 |
| SIT Withheld (PA) | 36.26 | 97.73 |
| SUI Employee Withheld (PA) | 1.02 | 2.60 |
| City Withheld (PA,Erie,Erie) | 13.58 | 36.61 |
| Head Tax Withheld (PA,Erie,Erie) | 2.00 | 4.00 |
| School Withheld (PA,Erie City SD) | 5.91 | 15.92 |

| Other Deductions | | |
|---|---|---|
| Description | Current | Calendar YTD |
| 401K Loan (1) | 12.57 | 25.14 |

| Absence Accruals | | |
|---|---|---|
| Description | Unit of Measure | Available Balance |
| Vacation No OT Accrual Hours | Hours | 32.00 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
| 1432990525 | 243380927 ERIE FEDERAL CREDIT UNION | 243380927 | 1200011745192 | USD | 990.47 |

| Tax Withholding Information | | | |
|---|---|---|---|
| Type | Marital Status | Total Dependent Amount | Extra Withholding |
| FEDERAL_2020 | Married filing jointly or Qualifying widow(er) | 1,000.00 | 0.00 |

| Tax Withholding Information | | | |
|---|---|---|---|
| Type | Marital Status | Exemptions | Additional Amount |
| PA | | 0 | 0.00 |



**Payslip**

Page: 1 of 2

| Employee Name | Payroll | Legal Entity |
|---|---|---|
| Megean Joyce | BW Yellow Mon-Sun Paid Friday | BPREX Closures, LLC |
| **Employee ID** | **Salary Basis Name** | **Company Address** |
| 33222662 | US Hourly | 3245 Kansas Road |
| **Hire Date** | **Position** | Evansville, IN 47725 |
| 05/28/2021 | Production Coordinator | US |
| **Employee Address** | | |
| 2631 Cochran St. | | |
| Erie, PA 16508 | | |
| US | | |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 01/20/2025 | 02/02/2025 | 02/07/2025 | 21.08 |

### Summary

| Description | Current | Calendar YTD |
|---|---:|---:|
| Gross Earnings | 1,846.51 | 5,555.23 |
| Imputed Earnings | 0.74 | 2.22 |
| Pretax Deductions | 298.87 | 896.91 |
| Employee Tax Deductions | 200.18 | 642.61 |
| Voluntary Deductions | 12.57 | 37.71 |
| Net Payment | 1,334.15 | 3,975.78 |

### Earnings

| Description | Current | Calendar YTD |
|---|---:|---:|
| Excess Group Life | 0.74 | 2.22 |
| Holiday | 0.00 | 1,096.16 |
| OT Premium | 137.44 | 413.91 |
| Overtime Straight | 274.89 | 827.82 |
| Regular Hours | 758.88 | 2,540.56 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---:|---|---:|---:|---:|
| Overtime Premium Hours | | | 12.82 | Hours | 21.0801 | 0.50 | 135.12 |
| Overtime Premium Hours | | | 0.22 | Hours | 21.0802 | 0.50 | 2.32 |
| Overtime Straight Hours | | | 13.04 | Hours | 21.0800 | 1.00 | 274.89 |
| Regular Hours | | | 36.00 | Hours | 21.0800 | 1.00 | 758.88 |
| Vacation No OT Discretionary Disbursement Earnings Results | | | 8.00 | Hours | 21.0800 | 1.00 | 168.64 |
| Vacation No OT Entitlement Earnings Results | | | 24.00 | Hours | 21.0800 | 1.00 | 505.92 |

### Absences

| Description | Current | Calendar YTD |
|---|---:|---:|
| Vacation Discretionary Disbursement Payment | 168.64 | 168.64 |
| Vacation Payment | 505.92 | 505.92 |

### Hours

| Description | Current | Calendar YTD |
|---|---:|---:|
| Berry Total Hours Worked | 0.00 | 243.79 |
| Holiday No OT Hours Worked | 0.00 | 52.00 |
| Overtime Premium Hours Hours Worked | 13.04 | 39.27 |
| Overtime Straight Hours Hours Worked | 13.04 | 39.27 |
| Regular Hours Hours Worked | 36.00 | 120.52 |



**Payslip**

Page: 2 of 2

| Description | Current | Calendar YTD |
|---|---|---|
| Total Hours worked for WBF | 0.00 | 243.79 |
| Vacation Hours | 24.00 | 24.00 |
| Vacation No OT Discretionary Disbursement Hours | 8.00 | 8.00 |

### Pretax Deductions

| Description | Current | Calendar YTD |
|---|---|---|
| 401K | 36.92 | 111.06 |
| Dental | 38.18 | 114.54 |
| Medical | 212.73 | 638.19 |
| Vision | 11.04 | 33.12 |

### Tax Deductions

| Description | Current | Calendar YTD |
|---|---|---|
| Social Security Employee Withheld | 98.24 | 295.70 |
| Medicare Employee Withheld | 22.98 | 69.16 |
| FIT Withheld | 0.92 | 42.85 |
| SIT Withheld (PA) | 48.62 | 146.35 |
| SUI Employee Withheld (PA) | 1.29 | 3.89 |
| City Withheld (PA,Erie,Erie) | 18.21 | 54.82 |
| Head Tax Withheld (PA,Erie,Erie) | 2.00 | 6.00 |
| School Withheld (PA,Erie City SD) | 7.92 | 23.84 |

### Other Deductions

| Description | Current | Calendar YTD |
|---|---|---|
| 401K Loan (1) | 12.57 | 37.71 |

### Absence Accruals

| Description | Unit of Measure | Available Balance |
|---|---|---|
| Vacation No OT Accrual Hours | Hours | 0.00 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 1559874713 | 243380927 ERIE FEDERAL CREDIT UNION | 243380927 | 1200011745192 | USD | 1,334.15 |

### Tax Withholding Information

| Type | Marital Status | Total Dependent Amount | Extra Withholding |
|---|---|---|---|
| FEDERAL_2020 | Married filing jointly or Qualifying widow(er) | 1,000.00 | 0.00 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| PA | | 0 | 0.00 |



# Payslip

Page: 1 of 2

| Employee Name | Payroll | Legal Entity |
|---|---|---|
| Megean Joyce | BW Yellow Mon-Sun Paid Friday | BPREX Closures, LLC |
| **Employee ID** | **Salary Basis Name** | **Company Address** |
| 33222662 | US Hourly | 3245 Kansas Road |
| **Hire Date** | **Position** | Evansville, IN 47725 |
| 05/28/2021 | Production Coordinator | US |
| **Employee Address** | | |
| 2631 Cochran St. | | |
| Erie, PA 16508 | | |
| US | | |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 02/17/2025 | 03/02/2025 | 03/07/2025 | 21.08 |

### Summary

| Description | Current | Calendar YTD |
|---|---:|---:|
| Gross Earnings | 783.97 | 6,339.20 |
| Imputed Earnings | 0.74 | 2.96 |
| Pretax Deductions | 15.66 | 912.57 |
| Employee Tax Deductions | 99.50 | 742.11 |
| Voluntary Deductions | 12.57 | 50.28 |
| Net Payment | 655.50 | 4,631.28 |

### Earnings

| Description | Current | Calendar YTD |
|---|---:|---:|
| Excess Group Life | 0.74 | 2.96 |
| Holiday | 0.00 | 1,096.16 |
| OT Premium | 8.12 | 422.03 |
| Overtime Straight | 16.23 | 844.05 |
| Regular Hours | 758.88 | 3,299.44 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---:|---|---:|---:|---:|
| Overtime Premium Hours | | | 0.77 | Hours | 21.0800 | 0.50 | 8.12 |
| Overtime Straight Hours | | | 0.77 | Hours | 21.0800 | 1.00 | 16.23 |
| Regular Hours | | | 36.00 | Hours | 21.0800 | 1.00 | 758.88 |

### Absences

| Description | Current | Calendar YTD |
|---|---:|---:|
| Vacation Discretionary Disbursement Payment | 0.00 | 168.64 |
| Vacation Payment | 0.00 | 505.92 |

### Hours

| Description | Current | Calendar YTD |
|---|---:|---:|
| Berry Total Hours Worked | 0.00 | 280.56 |
| Holiday No OT Hours Worked | 0.00 | 52.00 |
| Overtime Premium Hours Hours Worked | 0.77 | 40.04 |
| Overtime Straight Hours Hours Worked | 0.77 | 40.04 |
| Regular Hours Hours Worked | 36.00 | 156.52 |
| Total Hours worked for WBF | 0.00 | 280.56 |
| Vacation Hours | 0.00 | 24.00 |
| Vacation No OT Discretionary Disbursement Hours | 0.00 | 8.00 |



**Payslip**

Page: 2 of 2

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Calendar YTD |
| 401K | 15.66 | 126.72 |
| Dental | 0.00 | 114.54 |
| Medical | 0.00 | 638.19 |
| Vision | 0.00 | 33.12 |

| Tax Deductions | | |
|---|---|---|
| Description | Current | Calendar YTD |
| Social Security Employee Withheld | 48.61 | 344.31 |
| Medicare Employee Withheld | 11.36 | 80.52 |
| FIT Withheld | 0.00 | 42.85 |
| SIT Withheld (PA) | 24.05 | 170.40 |
| SUI Employee Withheld (PA) | 0.55 | 4.44 |
| City Withheld (PA,Erie,Erie) | 9.01 | 63.83 |
| Head Tax Withheld (PA,Erie,Erie) | 2.00 | 8.00 |
| School Withheld (PA,Erie City SD) | 3.92 | 27.76 |

| Other Deductions | | |
|---|---|---|
| Description | Current | Calendar YTD |
| 401K Loan (1) | 12.57 | 50.28 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
| 1810192547 | 243380927 ERIE FEDERAL CREDIT UNION | 243380927 | 1200011745192 | USD | 655.50 |

| Tax Withholding Information | | | |
|---|---|---|---|
| Type | Marital Status | Total Dependent Amount | Extra Withholding |
| FEDERAL_2020 | Married filing jointly or Qualifying widow(er) | 1,000.00 | 0.00 |

| Tax Withholding Information | | | |
|---|---|---|---|
| Type | Marital Status | Exemptions | Additional Amount |
| PA | | 0 | 0.00 |

Page 1 of 1

| Aerotek, Inc. | | TAX DATA | |
|---|---|---|---|
| Aerotek, Inc.<br>7301 Parkway Dr<br>Hanover MD  21076 | | | Federal / PA State |
| | | Marital Status | Married / N/A |
| | | Allowances | N/A / 0 |
| | | Addtl Amt | |
| | | Dependent Amt | 1000.00 |
| | | Other Income | 0.00 |
| | | Deductions | 0.00 |
| EMPLOYEE DATA | | ADVICE | |
| Megean Rae Joyce<br>2631 Cochran St<br>Erie PA  16508 | | Business Unit: | 6 |
| | | Advice #: | 6338553 |
| | | Pay Date: | 03/20/2025 |
| Employee ID:   08333808 | | Pay Group: | I06-Aerotek - C |
| Department: | | Pay Period Begin: | 03/09/2025 |
| Location: | | Pay Period End: | 03/15/2025 |
| Pay Rate: $18.000000 Hourly | | | |



Aerotek
Our People Are Everything.

| Description | Pay Rate | Current Hours | Current Amt | YTD Hours | YTD Amt |
|---|---|---|---|---|---|
| **EARNINGS** | | | | | |
| Regular Pay | 18.000000 | 39.17 | 705.06 | 39.17 | 705.06 |
| **Total Earnings:** | | **39.17** | **705.06** | **39.17** | **705.06** |
| **TAXABLE GROUP TERM LIFE** | | | | | |
| **TAX DEDUCTIONS** | | | | | |
| Fed Withholding | | | 0.00 | | 0.00 |
| Fed MED/EE | | | 10.22 | | 10.22 |
| Fed OASDI/EE | | | 43.71 | | 43.71 |
| PA Unempl EE | | | 0.49 | | 0.49 |
| PA Withholding | | | 21.65 | | 21.65 |
| PA GIRARD TWP Withholding | | | 11.63 | | 11.63 |
| PA GIRARD TWP LS Tax | | | 1.00 | | 1.00 |
| **Total Tax Deductions:** | | | **88.70** | | **88.70** |
| **PRE-TAX DEDUCTIONS** | | | | | |
| **Total Pre-Tax Deductions:** | | | **0.00** | | **0.00** |
| **AFTER-TAX DEDUCTIONS** | | | | | |
| **Total After-Tax Deductions:** | | | **0.00** | | **0.00** |
| **EMPLOYER PAID BENEFITS** | | | | | |

**PAY STATEMENT SUMMARY**

| | TOTAL GROSS | PRE-TAX DED | AFTER-TAX DED | FEDERAL TAXABLE WAGES | SOCIAL SECURITY TAXABLE WAGES | MEDICARE TAXABLE WAGES | STATE TAXABLE WAGES | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|
| Current: | 705.06 | 0.00 | 0.00 | 705.06 | 705.06 | 705.06 | 705.06 | 88.70 | 0.00 | 616.36 |
| YTD: | 705.06 | 0.00 | 0.00 | 705.06 | 705.06 | 705.06 | 705.06 | 88.70 | 0.00 | 616.36 |

**LEAVE BALANCE**

| Description | Start Balance | Earned | Taken | Adjusted | Accrual Rate | Accrued This Week | Available Balance | End Balance |
|---|---|---|---|---|---|---|---|---|
| | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |

**PAY DISTRIBUTION**

DIRECT DEPOSIT INFORMATION

| ACCOUNT TYPE | ACCOUNT NUMBER | DEPOSIT AMOUNT |
|---|---|---|
| Checking | *********5192 | $616.36 |

**MESSAGES**