| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Megean R. Joyce** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−6510 <br> EIN   __−_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __−_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 25−10151−JCM | |

## Order of Discharge                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Megean R. Joyce

8/13/25                                                             **By the court:**   John C Melaragno
                                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Megean R. Joyce  
    Debtor

Case No. 25-10151-JCM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-1 | User: admin | Page 1 of 2
Date Rcvd: Aug 13, 2025 | Form ID: 318 | Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Megean R. Joyce, 2631 Cochran Street, Erie, PA 16508-1714 |
| 16526503 | + | Commonwealth of Pennsylvania, 302 North Office Building, 401 North Street, Harrisburg, PA 17120-0500 |
| 16526504 | | Department of Human Services, HIPP Program, PO Box 8195, Harrisburg, PA 17105-8195 |
| 16522791 | + | Summit Auto Inc., 9599 Peach Street, Waterford, PA 16441-4031 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QJBSPERO.COM | Aug 14 2025 04:20:00 | Joseph B. Spero, 3213 West 26th Street, Erie, PA 16506-2507 |
| smg | | EDI: PENNDEPTREV | Aug 14 2025 04:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 14 2025 04:20:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 16512985 | + | Email/PDF: bncnotices@becket-lee.com | Aug 14 2025 00:30:05 | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 16512986 | + | EDI: CAPITALONE.COM | Aug 14 2025 04:20:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16512987 | + | EDI: CITICORP | Aug 14 2025 04:20:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 16512988 | + | EDI: WFNNB.COM | Aug 14 2025 04:20:00 | Comenitycapital/ross, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 16512989 | + | Email/Text: sheiser@corryfcu.org | Aug 14 2025 00:24:00 | Corry Federal Credit U, 728 Worth St, Corry, PA 16407-8517 |
| 16512990 | + | EDI: CCS.COM | Aug 14 2025 04:20:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 16512991 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 14 2025 00:30:06 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16512992 | + | EDI: BLUESTEM | Aug 14 2025 04:20:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 16512993 | + | EDI: PHINGENESIS | Aug 14 2025 04:20:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 16512994 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 14 2025 00:23:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 16526505 | + | EDI: CBS7AVE | Aug 14 2025 04:20:00 | Masseys, PO Box 2822, Monroe, WI 53566-8022 |

Case 25-10151-JCM    Doc 26    Filed 08/15/25    Entered 08/16/25 00:34:33    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 13, 2025 | Form ID: 318 | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| 16512995 | + | EDI: AGFINANCE.COM | Aug 14 2025 04:20:00 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |
| 16512996 | + | Email/PDF: ebnotices@pnmac.com | Aug 14 2025 00:42:41 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 16512997 | + | EDI: SYNC | Aug 14 2025 04:20:00 | Synchrony Bank, 950 Forrer Boulevard, Kettering, OH 45420-1469 |
| 16512998 | | Email/Text: bankruptcies@uplift.com | Aug 14 2025 00:23:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 16526506 | | EDI: VERIZONCOMB.COM | Aug 14 2025 04:20:00 | Verizon, PO Box 489, Newark, NJ 07101-0489 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Aug 15, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Megean R. Joyce dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Joseph B. Spero | sperofirm@sperolawoffice.com jspero@ecf.axosfs.com;legalmom18@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 4